MARION STEELE, Respondent, *v.* COLIN G. STEELE, Appellant.

Argued May 24, 1939; decided June 19, 1939.

*Rollin B. Sanford, Murty J. O'Connor, John T. DeGraff*
and *Arthur E. McCormick* for appellant.

*Abraham Grometstein* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.